UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBEL GOITOM,<br><br>    Defendant. | Case No. CR24-040RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE |

    This matter comes before the Court on defendant's "Unopposed Motion to Continue Trial and Reset Motions Deadline" (Dkt. # 17). Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver (Dkt. # 18), the Court finds as follows:

    1.    The Court adopts the facts set forth in the unopposed motion: in particular, that defense counsel needs additional time to investigate and review discovery, particularly documents that may be received from the Seattle Police Department on or after the current trial date. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

    2.    The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

    3.    The Court finds that the additional time requested between the current trial date of May 20, 2024, and the proposed trial date of July 8, 2024, is a reasonable period of delay. The

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL - 1

Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, as defendant has requested more time to prepare for trial, to continue to investigate the matter, to gather evidence material to the defense, and to consider possible defenses. The additional time requested between the current trial date and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering all of the facts set forth above.

4.  The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5.  Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including August 2024, Dkt. # 18, which will permit his trial to start on July 8, 2024.

IT IS HEREBY ORDERED that the trial date shall be continued from May 20, 2024 to July 8, 2024, and pretrial motions are to be filed no later than June 10, 2024;

IT IS FURTHER ORDERED that the period of time from the current trial date of May 20, 2024, up to and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 5th day of April, 2024.

_____
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL - 2