UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON-SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBEL GOITOM,

    Defendant.

No. CR24-00040 RSL

ORDER GRANTING MOTION TO RESET MOTIONS DEADLINE

**[CLERK'S ACTION REQUIRED]**

THIS MATTER having come before the Court on the motion of defendant Robel Goitom, through his attorney Jeffrey L. Kradel, to reset the motions cutoff deadline, and the Government not being opposed,

It is therefore ORDERED:

Deadline for filing pretrial motions is reset to October 24, 2024.

Dated this __20th__ day of September, 2024.

*/s/ Robert S. Lasnik*

The Honorable Robert S. Lasnik
Senior United States District Court Judge

ORDER GRANTING UNOPPOSED
MOTION RESET MOTIONS DEADLINE
- 1

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Phone: 206.397.3102
jeff@kradeldefense.com