UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                                    Plaintiff,

            v.

ROBEL GOITOM,

                                    Defendant.

NO. CR24-040 RSL

**ORDER CONTINUING PRETRIAL MOTION RESPONSE DATE**

Having considered the government's unopposed motion, the Court hereby Orders that the government's responses to the pending pretrial motions (Dkts. 39-41) are due by February 7, 2025, and the motions are noted for February 14, 2025.

Dated this 22nd day of January, 2025.

ROBERT S. LASNIK
United States District Judge

Presented by:
*s/ Erika Evans*
Erika Evans
Assistant United States Attorney

Order Continuing Pretrial Motion Response Date
*United States v. Goitom*, CR24-040 RSL – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970