UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON-SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBEL GOITOM,<br><br>　　　　　Defendant. | No. CR24-00040 RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND DEFENSE REPLY DEADLINE<br><br>**[CLERK'S ACTION REQUIRED]** |

THIS MATTER having come before the Court on the motion of defendant Robel Goitom, through his attorney Jeffrey L. Kradel, and the Court having determined that ends of justice would be served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial and that the failure to grant a continuance of the trial date would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

/
//
///
////
/////
/////

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
RESET MOTIONS DEADLINE
- 1

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Phone: 206.397.3102
jeff@kradeldefense.com

It is therefore ORDERED:

Trial is continued to MAY 12, 2025

Deadline for defense to file any reply to Government's responses to pretrial motions is reset to February 28, 2025.

Dated this 24th day of February, 2025.

Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
RESET MOTIONS DEADLINE
- 2

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Phone: 206.397.3102
jeff@kradeldefense.com