The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> ROBEL KELETA GOITOM <br><br> Defendant. | NO. CR24-040 RSL <br><br> ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal and because of the sensitive information contained in Defendant's Pre-Sentence Report from CR17-00132JCC,

It is hereby ORDERED that the Pre-Sentence Report filed here shall remain sealed.

DATED this 2nd day of April, 2025.

*[signature]*

ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Erika Evans*
ERIKA EVANS
Assistant United States Attorney

Order to Seal - 1
*United States v. Goitom* / CR24-040 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970