UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON-SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-00040 RSL |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO AMEND JUDGMENT |
| ROBEL GOITOM, | |
| Defendant. | **[CLERK'S ACTION REQUIRED]** |

THIS MATTER having come before the Court on the unopposed Motion to Amend Judgment Regarding Designation of defendant Robel Goitom, and the Court having considered the same, it is hereby ORDERED:

The Judgment in this case, specifically the section regarding imprisonment, is amended to read: The Court makes the following recommendations to the Bureau of Prisons:

    Placement at FDC SeaTac

The Court no longer recommends placement at FCI Phoenix.

Dated this 4th day of September, 2025.

*/s/ Robert S. Lasnik*

The Honorable Robert S. Lasnik
United States District Court Judge

---

ORDER GRANTING UNOPPOSED
MOTION TO AMEND JUDGMENT RE
DESIGNATION
- 1

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Phone: 206.397.3102
jeff@kradeldefense.com